AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'CONNOR, SANDRA D. | SUPREME COURT OF UNITED STATES | 05/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice (Ret.) | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | The National Constitution Center |
| 2. | Member | The Rockefeller Foundation, Board of Trustees |
| 3. | Member, Advisory Board | Smithsonian National Museum of Natural History |
| 4. | Board Member | ABA Central European and Eurasian Law Initiative Council |
| 5. | Board Member | ABA Museum of Law |
| 6. | Co-Chair, National Advisory Council | Campaign for the Civic Mission of Schools |
| 7. | Board Member | Randall Lineback Breed Association |
| 8. | Board Member | William H. Rehnquist Center |
| 9. | Advisor | Aspen Institute's Justice and Society Program |
| 10. | Advisory Board Member | Bill Lane Center for the Study of the North American West at Stanford |
| 11. | Chair of the Board of Directors | iCivics.org |
| 12. | Chair of the Advisor Committee | O'Connor Judicial Selection Initiative |
| 13. | Advisory Board Member | Lloyd N. Cutler Center for the Rule of Law at the Salzburg Global Seminar |
| 14. | Special Advisor | American Bar Association Commission on Civic Education in the Nation's Schools |
| 15. | Advisory Board Member | Alzheimer's Drug Discovery Foundation |
| 16. | Task Force Member | Michigan Judicial Selection Task Force |

| | | |
|---|---|---|
| 17. | Honorary Board Member | International Network to Promote the Rule of Law (INPROL) |
| 18. | Co-Chair | National Advisory Council - Heard Museum |
| 19. | Board Member | National Institute for Civil Discourse - University of Arizona |
| 20. | Special Advisor | O'Connor House Project |
| 21. | Advisory Board Member | American Bar Association - International Criminal Court Project |
| 22. | Advisory Board Member | Brookings Advisory Commitee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/25/12 | Random House - royalty | $789.28 |
| 2. 07/16/12 | Random House - royalty | $787.74 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Annenberg Foundation | January 29-31 | Rancho Mirage, CA | Participate in discussions and programs on civic education | Transportation, lodging and meals |
| 2. | Middle Tennessee State University | February 8 | Murfreesboro, TN | Attend reception and gave lecture with Q&A on civic education | Transportation, lodging and meals |
| 3. | Southwestern University | February 23-24 | Los Angeles, CA | Participate in Panel discussion on women at the Supreme Court; remarks at dinner | Transportation, lodging and meals |
| 4. | TED Conference | February 26-28 | Long Beach, CA | Participate in various conferences and discussions | Conference admission |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/03/2013 |

| | | | | |
|---|---|---|---|---|
| 5. Rockefeller Foundation, Jack Anderson, 92nd Street Y | March 14-15 | New Yor, NY | Attend board meetings; remarks at lecture | Transportation, lodging and meals |
| 6. Pat Broe/The Broe Group | March 18-19 | Denver, CO | O'Connor Judicial Selection Advisory Committee meetings | Transportation |
| 7. Elon University School of Law | April 13-14 | Greensboro, NC | Remarks at Elon University School of Law | Transportation, lodging and meals |
| 8. Fordam University | April 17 | New York City, NY | Remarks at Fordham University - Robert L Levine Distinguished Lecture Series | Transportation, lodging and meals |
| 9. Oklahoma Bar Association | April 23-24 | Oklahoma City, OK | Remarks to the OK Bar Assoc., middle and high schools students, and SupCt Justices | Transportation and meals |
| 10. Baylor Univeristy School of Education and Law School | April 29 - May 1 | Waco and Dallas, Texas | Remarks to Baylor Law School, public discussiosn with Dean Starr | Transportation, lodging and meals |
| 11. Boys and Girls Club | May 2 | San Diego, CA | Remarks to the general session and lunch with officers and staff | Transportation, lodging and meals |
| 12. California Academy of Appellate Lawyers | May 4 | Carmel, CA | Remarks/panel sessions with members and judicial guests | Transportation, lodging and meals |
| 13. Kentucky Bar Association | June 6 | Louisville, KY | Remarks to the convention | Transportation, lodging and meals |
| 14. Rockefeller Foundation | June 20-21 | New York City, NY | Attend board meetings | Transportation, lodging and meals |
| 15. Education Commission of States | July 10-11 | Atlanta, GA | Participate in program, interviews and discussions | Transportation, lodging and meals |
| 16. National Association of Counties | July 15 | Pittsburgh, PA | Remarks to the members of the association | Transportation, lodging and meals |
| 17. Alaska Bar Association | September 4-7 | Anchorage, AK | Remarks to judiciary, students, teachers, public and media at the Sup. Ct. and Assoc. | Transportation, lodging and meals |
| 18. Society of Former Special Agents of the Federal Bureau of Investigation | September 13 | San Diego, CA | Remarks to the Society | Transportation, lodging and meals |
| 19. Wyoming State Bar Association | September 18 | Jackson, WY | Remarks to the bar members and guests | Transportation, lodging and meals |
| 20. Montana State Bar Association | September 20 | Billings, MT | Remarks to the bar members and guests | Transportation, lodging and meals |
| 21. Time Warner | October. 18 | New York City, NY | Remarks at the TIME Education Summit | Transportation, lodging and meals |
| 22. Morgan Stanley Expansion Capital and Pacific Union Club | October 19-23 | San Francisco, CA | Various remarks, discussions and meetings | Transportation, lodging and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'CONNOR, SANDRA D. | 05/03/2013 |

| 23. | New England School of Law | Nov. 13-14 | Boston, MA | Participate in a program with Dean John O'Brien | Transportation, lodging and meals |
|---|---|---|---|---|---|
| 24. | National Council for the Social Studies | Nov. 17 | Seattle, WA | Participate in the Naturalization Ceremony and Citizenship Panel | Transportation and meals |
| 25. | Semester at Sea - Vogage Enrichment Program | December 6-23 | Nassau to Lima, Peru | Participate in various programs and lectures aboard ship | Transportation, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'CONNOR, SANDRA D.** | 05/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Bar Association | Chihuly Glass Artwork - Estimated value | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AZ Elected Officials Retirement | C | Pension | J | T | | | | | |
| 2. Checking Account: Suntrust Bank, Washington, DC | A | Interest | K | T | | | | | |
| 3. Checking Accounts - Capitol One Washington, D. C. | A | Interest | N | T | | | | | |
| 4. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |
| 5. Folger, Nolan, Fleming Douglas - By Pass Trust Account | A | Int./Div. | K | T | | | | | |
| 6. Abbott Laboratories | B | Dividend | L | T | | | | | |
| 7. Adobe Systems, Inc. | | None | L | T | | | | | |
| 8. Apache Corp. Common | A | Dividend | L | T | | | | | |
| 9. Aqua America | B | Dividend | L | T | | | | | |
| 10. Bank New York Mellow Corp | B | Dividend | L | T | | | | | |
| 11. Becton Dickinson & Co. | B | Dividend | L | T | | | | | |
| 12. Caterpiller Inc. | B | Dividend | L | T | | | | | |
| 13. Chevron Corporation | C | Dividend | L | T | | | | | |
| 14. Church & Dwight Inc. | B | Dividend | M | T | | | | | |
| 15. Cisco Systems Inc. | B | Dividend | L | T | | | | | |
| 16. Dentsply International | A | Dividend | L | T | | | | | |
| 17. EMC Corp Mass | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 19. General Electric Co | C | Dividend | L | T | | | | | |
| 20. Illinois Tool Works Inc. | C | Dividend | L | T | | | | | |
| 21. Intel Corp | C | Dividend | L | T | | | | | |
| 22. International Business Machines Corp IBM | B | Dividend | L | T | | | | | |
| 23. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 24. JP Morgan Chase & Co. | B | Dividend | L | T | | | | | |
| 25. Lowes Companies Inc. | B | Dividend | M | T | | | | | |
| 26. Microsoft Corp | B | Dividend | L | T | | | | | |
| 27. Nextera Energy | B | Dividend | L | T | | | | | |
| 28. Pepsico Inc | B | Dividend | L | T | | | | | |
| 29. Procter & Gamble Co. | B | Dividend | L | T | | | | | |
| 30. T Rowe Price Group Inc. | C | Dividend | M | T | | | | | |
| 31. Target Corp. | B | Dividend | L | T | | | | | |
| 32. US Treasury Bond Due 01-19-12 | A | Interest | | | Sold | 01/19/12 | M | | |
| 33. US Treasury Bond Due 02-23-12 | A | Interest | | | Sold | 02/23/12 | L | | |
| 34. US Treasury Bond Due 07-19-12 | A | Interest | | | Buy | 01/25/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/19/12 | M | | |
| 36. US Treasury Bond Due 08-16-12 | A | Interest | | | Buy | 02/28/12 | L | | |
| 37. | | | | | Sold | 08/16/12 | L | | |
| 38. US Treasury Bond Due 01-17-13 | | None | M | T | Buy | 07/24/12 | M | | |
| 39. US Treasury Bond Due 02-24-13 | | None | L | T | Buy | 08/24/12 | L | | |
| 40. United Technologies Corp. | B | Dividend | L | T | | | | | |
| 41. Walgreen Company | B | Dividend | L | T | | | | | |
| 42. Wells Fargo Company | B | Dividend | L | T | | | | | |
| 43. Folger Nolan Fleming Douglas - IRA Account | A | Interest | K | T | | | | | |
| 44. -Abbott Laboratories | A | Dividend | K | T | | | | | |
| 45. -Adobe Systems Inc | | None | K | T | | | | | |
| 46. -Apache Corp. | A | Dividend | K | T | | | | | |
| 47. -AT&T Corp New | A | Dividend | K | T | | | | | |
| 48. -Bank New York Mellon Corp | A | Dividend | J | T | | | | | |
| 49. -Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 50. -Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 51. -Chevron Corp | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Church & Dwight Inc | A | Dividend | K | T | | | | | |
| 53. -Cisco Systems Inc. | A | Dividend | K | T | | | | | |
| 54. -Dentsply International | A | Dividend | K | T | | | | | |
| 55. -Dominion Resources Inc of VA | A | Dividend | K | T | | | | | |
| 56. -EMC Corp Mass | | None | K | T | | | | | |
| 57. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 58. -General Electric Co | A | Dividend | K | T | | | | | |
| 59. -Illinois Tool Works Inc | A | Dividend | K | T | | | | | |
| 60. -Intel Corp | A | Dividend | K | T | | | | | |
| 61. -International Business Machines Corp IBM | A | Dividend | K | T | | | | | |
| 62. -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 63. -JPMorgan Chase & Co | A | Dividend | K | T | | | | | |
| 64. -Lowes Companies Inc | A | Dividend | K | T | | | | | |
| 65. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 66. -Pepsico Inc | A | Dividend | K | T | | | | | |
| 67. -Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 68. -Southern Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -T Rowe Price Group Inc. | B | Dividend | K | T | | | | | |
| 70.  -Target Corp | A | Dividend | K | T | | | | | |
| 71.  -US Treasury Bills Due 02-23-12 | A | Interest | | | Sold | 02/23/12 | O | | |
| 72.  -US Treasury Bills Due 08-16-12 | A | Interest | | | Buy | 02/16/12 | O | | |
| 73. | | | | | Sold | 08/16/12 | O | | |
| 74.  -US Treasury Bills Due 02-14-13 | | | | | Buy | 08/24/12 | O | | |
| 75.  -United Technologies Corp | A | Dividend | K | T | | | | | |
| 76.  -Walgreen Company | A | Dividend | K | T | | | | | |
| 77.  -Wells Fargo Company | A | Dividend | K | T | | | | | |
| 78.  Folger Nolan Fleming Douglas (Cash Account) | A | Interest | K | T | | | | | |
| 79.  --US Treasury Bills Due 07-19-12 | A | Interest | | | Buy | 01/25/12 | L | | |
| 80. | | | | | Sold | 07/19/12 | L | | |
| 81.  --US Treasury Bills Due 01-17-13 | | | L | T | Buy | 07/24/12 | L | | |
| 82.  --US Treasury Bills Due 05-16-13 | | | L | T | Buy | 11/20/12 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/03/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **SANDRA D. O'CONNOR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544